FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR GARCIA-HERNANDEZ,<br><br>Defendant. | NO: 2:19-CR-12-RMP<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT are motions by the Government to dismiss the Indictment in this case without prejudice pursuant to Fed. R. Crim. P. Rule 48(a), ECF No. 38, and a motion by Defendant Omar Garcia-Hernandez to dismiss the Indictment with prejudice for constitutional deficiencies in the underlying removal, ECF No. 34. Defendant responded that he does not oppose the Government's motion. ECF No. 39.

When a defendant consents to the government's motion to dismiss, the district court's discretion to deny the government's motion is tightly constrained, if it exists at all. *See Rinaldi v. United States*, 434 U.S. 22, 29 n. 15 (1977) (per

ORDER OF DISMISSAL ~ 1

curiam) (reserving judgment on the question of whether a district court has any discretion to deny an uncontested motion to dismiss under Rule 48(a)); *United States v. Garcia-Valenzuela*, 232 F.3d 1003, 1008 (9th Cir. 2000); *United States v. Gonzalez*, 58 F.3d 459, 462 (9th Cir. 1995). The only circumstance that the Ninth Circuit has thus far articulated as a basis to reject an uncontested motion to dismiss without prejudice from the government is when the prosecution's reasons for dismissal are "clearly contrary to manifest public interest." *Gonzalez*, 58 F.3d at 461.

The Court notes Defendant's consent to the Government's motion for dismissal and, further, does not find an indication that dismissal without prejudice under Rule 48(a) contravenes the "manifest public interest." *See Gonzalez*, 58 F.3d at 461.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, **ECF No. 34**, and the hearing on that motion are **STRICKEN**.
2. The Government's Motion to Dismiss Pursuant to Rule 48(a), **ECF No. 38**, is **GRANTED**.
3. The Indictment, ECF No. 19, is **dismissed without prejudice**.
4. Any pending motions are **denied as moot** and all upcoming deadlines and hearings are **vacated**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel, and **close this case**.

**DATED** August 6, 2019.

                                     *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                       United States District Judge